IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZECKEYA PERRY
ADC #156241                                                                    PLAINTIFF

V.                    CASE NO. 5:19-CV-00259-BSM-BD

WELLPATH, *et al.*                                                              DEFENDANT

## ORDER

After *de novo* review of the record, including Zeckeya Perry's objections, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 14] is adopted. The motion to dismiss of Randy Watson, Claudia Harris, and Keith Day [Doc. No.6] is granted. Perry's constitutional claims against Watson, Harris, and Day are dismissed with prejudice, and his state tort claims against them are dismissed without prejudice. Watson, Harris, and Day are dismissed as defendants in this case.

IT IS SO ORDERED, this 15th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE