IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZECKEYA PERRY
ADC #156241                                                                                    PLAINTIFF

V.                          CASE NO. 5:19-CV-00259-BSM-BD

WELLPATH, *et al.*                                                                          DEFENDANTS

## ORDER

After *de novo* review of the record, including Zeckeya Perry's objections, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 47] is adopted. Perry's motions to amend his complaint [Doc. Nos. 19, 22] are denied, and his motion to strike [Doc. No. 21] is denied as moot. Tony McHan's motion for judgment on the pleadings [Doc. No. 33] is granted. The motion for partial summary judgment of Wellpath, LLC and Dr. Steven Stringfellow [Doc. No. 37] is granted in part and denied in part. Perry's claims against McHan and Stringfellow are dismissed without prejudice, and McHan and Stringfellow are dismissed. Perry's claims against Wellpath are limited to the time period between October 19, 2016, and February 6, 2017.

IT IS SO ORDERED this 14th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE