IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZECKEYA PERRY                                                                                         PLAINTIFF
ADC #156241

v.                                     CASE NO. 5:19-CV-00259-BSM

WELLPATH, *et al.*                                                                                    DEFENDANTS

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie Ervin's recommended disposition [Doc. No. 87] is adopted. Wellpath's motion for summary judgment [Doc. No. 74] is granted and Zeckeya Perry's claims are hereby dismissed with prejudice.

IT IS SO ORDERED this 9th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE