IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ZECKEYA PERRY**                                                                       **PLAINTIFF**
**ADC #156241**

v.                       **CASE NO. 5:19-CV-00259-BSM**

**WELLPATH,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE